IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEVOTION HOSPICE, LLC, BRITE HOSPICE, INC., DIAMOND HOSPICE, LLC, DEVOTION HEALTHCARE, INC., SHAWN L. STEVENS, AND GEOFFREY A. STEVENS,<br><br>       Plaintiffs,<br><br>v.<br><br>QFS CAPITAL, LLC, ANDI MUMXHIU, ROBERT P. RAMPULLA, SYDNEY L. LYONS, BENJAMIN HINKE, ECP SOLUTIONS, ECP LENDING, ECP BUSINESS CAPITAL, CHRIS JAMES, AND JOHN AND JANE DOE INVESTORS AND OWNERS,<br><br>       Defendants. | Civil Action No. 4:24-cv-2531<br><br>Jury |

## PLAINTIFFS' NOTICE OF DISMISSAL

Under Federal Rule of Civil Procedure Rule 41(a)(1)(A), plaintiffs Devotion Hospice, LLC, Brite Hospice, Inc., Diamond Hospice, LLC, Devotion Healthcare, Inc., Shawn L. Stevens, and Geoffrey A. Stevens dismiss, with prejudice, all claims asserted in this matter against defendants QFS Capital, LLC, Andi Mumxhiu, Benjamin Hinke, Robert Rampulla, Sydney Lyons, ECP Solutions, ECP Lending, ECP Business Capital, Chris James, and John and Jane Doe Investors, without costs being assessed to any of the parties.

                Respectfully submitted,

                /s/ *Daniel W. Jackson*

                Daniel W. Jackson, SBN 00796817
                S.D. of Texas ID No. 20462
                3900 Essex Lane, Suite 1116
                Houston, Texas 77027
                (713) 522-4435
                (713) 527-8850 – fax
                daniel@jacksonlaw-tx.com

                Attorney in Charge for Plaintiffs

**OF COUNSEL:**

THE JACKSON LAW FIRM
Daniel J. Gierut, SBN 24101804
S.D. of Texas No. 3132105
3900 Essex Lane, Suite 1116
Houston, Texas  77027
(713) 522-4435
(713) 527-8850 – fax
dgierut@jacksonlaw-tx.com

BERENS & MILLER, P.A.
Barbara P. Berens, MN Bar #209788
Kari S. Berman, MN Bar #256705
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
(612) 349-6171
bberens@berensmiller.com
kberman@berensmiller.com

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on all counsel of record *via* the federal court electronic filing system on August 26, 2024:

Mark W. Stout
Brandon J. Gibbons
John T. Easter
Padfield & Stout, LLP
100 Throckmorton St., Suite 700
Fort Worth, Texas 76102

*mstout@padfieldstout.com*
*bgibbons@padfieldstout.com*
*jeaster@padfieldstout.com*

/s/ *Daniel W. Jackson*
Daniel W. Jackson