Case 4:24-cv-02531   Document 19   Filed on 10/09/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DEVOTION HOSPICE, LLC, BRITE HOSPICE, INC., DIAMOND HOSPICE, LLC, DEVOTION HEALTHCARE, INC., SHAWN L. STEVENS, AND GEOFFREY A. STEVENS,**<br>　　Plaintiffs,<br><br>v.<br><br>**QFS CAPITAL, LLC, ANDI MUMXHIU, ROBERT P. RAMPULLA, SYDNEY L. LYONS, BENJAMIN HINKE, ECP SOLUTIONS, ECP LENDING, ECP BUSINESS CAPITAL, CHRIS JAMES, AND JOHN AND JANE DOE INVESTORS AND OWNERS,**<br>　　Defendants. | Civil Action No. 4:24-cv-2531<br><br>Jury |

## ORDER OF DISMISSAL

Under Federal Rule of Civil Procedure Rule 41(a)(1)(A), Plaintiffs Devotion Hospice, LLC, Brite Hospice, Inc., Diamond Hospice, LLC, Devotion Healthcare, Inc., Shawn L. Stevens, and Geoffrey A. Stevens filed a motion to dismiss, with prejudice, all claims asserted in this matter against defendants QFS Capital, LLC, Andi Mumxhiu, Benjamin Hinke, Robert Rampulla, Sydney Lyons, ECP Solutions, ECP Lending, ECP Business Capital, Chris James, and John and Jane Doe Investors, without costs being assessed to any of the parties (ECF 16).

The motion is hereby GRANTED and the claims are DISMISSED WITH PREJUDICE.

**SIGNED** at Houston, Texas, on this the 9th day of October 2024.

KEITH P. ELLISON UNITED STATES
DISTRICT JUDGE